**2**

LATHAM & WATKINS LLP
Alexander C.K. Wyman (Bar No. 295339)
*alex.wyman@lw.com*
Faraz R. Mohammadi (Bar No. 294497)
*faraz.mohammadi@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, California 90071
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763

*Attorneys for Plaintiffs Claydon Hill Investments Ltd, Compass Cove Assets Limited, Bounty Green Assets Ltd, Frank Yuan, Norbert Yuan, and Jerome Yuan*

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE:<br><br>TAYLOR T. WOODS,<br><br>Debtor. | Case No.: 24−12985−A−7<br><br>Chapter 7<br><br>Adv. Case No.: 25-01003 |
| CLAYDON HILL INVESTMENTS LTD, a British Virgin Islands Limited Company; COMPASS COVE ASSETS LIMITED, a British Virgin Islands Limited Company; BOUNTY GREEN ASSETS LTD, a British Virgin Islands Limited Company; FRANK YUAN, an individual; NORBERT YUAN, an individual; JEROME YUAN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>TAYLOR T. WOODS,<br><br>Defendant. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a), all above-captioned Plaintiffs voluntarily dismiss the above-captioned action in its entirety, with prejudice, as to Defendant Taylor T. Woods ("Defendant"). As grounds therefor, Plaintiffs state that Defendant was misidentified as the defendant in this action, and, given that Defendant has not filed an answer or a motion for summary judgment, voluntary dismissal with prejudice is permissible pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: January 27, 2025

LATHAM & WATKINS LLP

By:______________________________
Alexander C.K. Wyman
Attorneys for Plaintiffs
Claydon Hill Investments Ltd, Compass Cove Assets Limited, Bounty Green Assets Ltd, Frank Yuan, Norbert Yuan, and Jerome Yuan